1

2

3

4

5

6                              UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
7                                        AT SEATTLE

8    STACEY RAY STACH,

9                            Plaintiff,              Case No. C12-1521-RAJ-BAT

10        v.                                         **REPORT AND
                                                     RECOMMENDATION**
11   BRENDA J. LARSON, et al.,

12                           Defendants.

13        Plaintiff, a Whatcom County Jail inmate, submitted for filing a pleading entitled "Writ,

14   Warrants For Offending Partys and Executions of Warrants 18 U.S.C. Sub. Sec. 1091.  Proxmire

15   Act 1988. S. 1851 (Habeas Corpus).  Dkt. 1.  He alleges defendants have injured him by spraying

16   him with chemical and radioactive materials and by embezzling $15,000,000.  Because plaintiff

17   has neither paid the required filing fee nor filed an application for leave to proceed in forma

18   pauperis ("IFP"), the Court recommends the matter be **DISMISSED** without prejudice.

19        On September 6, 2012, plaintiff submitting his pleading without paying the filing fee or

20   submitting an IFP application.  Dkt. 1.  The Court sent plaintiff a letter advising him to pay the

21   filing fee or submit an IFP application, or the matter would be subject to dismissal.  Dkt. 2.  As

22   plaintiff has not responded, the Court recommends the matter be **DISMISSED** without

23   prejudice.

REPORT AND RECOMMENDATION - 1

1    A proposed order accompanies this Report and Recommendation.  Any objections to this

2  Report and Recommendation must be filed by Friday **November 2, 2012**.  The matter will be

3  ready for Court's consideration on **November 9, 2012**, and the Clerk should so note it.

4  Objections shall not exceed five pages.  The failure to timely object may affect the right to

5  appeal.

6        The Clerk of the Court is directed to provide a copy of this Report and Recommendation

7  to plaintiff and to the Honorable Richard A. Jones.

8        DATED this 12th day of October, 2012.

9

10                                                                              _____

BRIAN A. TSUCHIDA

11                                                                              United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2